IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

[1] ANDRES MATOS,
[2] JUAN LEDESMA-MONTERO,
[3] JOSE SANCHEZ-SEVERINO,

Defendants.

Case No. 25-598 (M)

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jason Stender, being first duly sworn, do here by depose and state that:

**BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2022. I am currently assigned to the San Juan Division, Humacao Resident Agency. As such, I am empowered under Title 21, United States Code, 878, to enforce Title 21 and other criminal laws of the United States, to make arrests and obtain and execute search, seizure and arrest warrants. I graduated from the full-time residence "Basic Agent Training Program" in Quantico, Virginia. The Basic Agent Training Program focuses on law courses, search and seizure warrants, enforcement of federal drug laws, identification of controlled substances, surveillance, counter-surveillance, firearms training and the smuggling of narcotics.

2. As a Special Agent with the FBI, I have participated in drug trafficking investigations, including investigations that have resulted in felony arrests for violations of Title 21 of the United States Code. I have participated in surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses, and other who

1

have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from controlled substance trafficking.

3. Based on my training and experience and information from more experienced investigators, I am familiar with narcotics traffickers' methods (modus operandi) of trafficking or narcotics and the collection of money proceeds of narcotics trafficking.

## PURPOSE OF AFFIDAVIT

4. This affidavit is submitted in support of a criminal complaint charging [1] ANDRES MATOS, [2] JUAN LEDESMA-MONTERO, and [3] JOSE SANCHEZ-SEVERINO with: (1) Conspiracy to Import more than Five Kilograms of Cocaine into the United States in violation of Title 21, United States Code, Section 952(a), 960(b)(1)B)(ii) and 963; and (2) Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of Title 18, United States Code Section 924(c)(1)(A)(i) and 2.

5. Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

## PROBABLE CAUSE

6. On June 24, 2025, the Caribbean Air and Marine Branch Multi-Role Enforcement Aircraft TROY 312 identified a 30-to-35-foot boat equipped with two outboard engines that it suspected of narcotics trafficking, located approximately 22

nautical miles south of Cabo Rojo, Puerto Rico ("Blue Boat").  Below is a photograph of the Blue Boat:



7. At approximately 10:30 p.m., the Caribbean Air and Marine Operations Center communicated this information to the Michel O. Maceda Marine Unit. The Yola had three individuals on board—[1] ANDRES MATOS, [2] JUAN LEDESMA-MONTERO, and [3] JOSE SANCHEZ-SEVERINO--and visible packages and fuel drums.

8. In response, the Michel O. Maceda Marine Unit launched Coastal Interceptor Vessel M-827 at approximately 11:00 p.m. to intercept the Blue Boat, coordinating with Caribbean Air and Marine Branch UH-60 Black Hawk aircraft TROY 209. M-827 successfully intercepted the Blue Boat at approximately 10:53 p.m. CBP

Marine Interdiction agents observed [1] ANDRES MATOS, [2] JUAN LEDESMA-MONTERO, and [3] JOSE SANCHEZ-SEVERINO—all citizens of the Dominican Republic—on the Blue Boat. CBP Marine interdictions agents recovered the following from the Blue Boat:

    a. 22 bales that each contained multiple brick-shaped objects consistent with kilograms of cocaine,

    b. one AR-15 style rifle loaded with a magazine containing 29 .233 rounds of ammunition, and

    c. multiple electronic devices from the Blue Boat.

9. Below is a photograph of the rifle:



4

10. M-827 subsequently transported the [1] ANDRES MATOS, [2] JUAN LEDESMA-MONTERO, and [3] JOSE SANCHEZ-SEVERINO, the 22 bales, and the vessel to the Michel O. Maceda Marine Unit for processing.

11. The FBI assumed custody of [1] ANDRES MATOS, [2] JUAN LEDESMA-MONTERO, and [3] JOSE SANCHEZ-SEVERINO, the 22 bales, and evidence. Investigators conducted a field test of one of the packages contained within the bales which revealed the presence of cocaine.

12. The Drug Enforcement Administration assumed custody of the cocaine. The 22 bales containing the cocaine weighed approximately 524 kilograms. Below is a photograph of the cocaine:



13. FBI investigators conducted an interview with [1] ANDRES MATOS. Prior to the interview, FBI investigators read [1] ANDRES MATOS his *Miranda* rights in Spanish and [1] ANDRES MATOS signed a written *Miranda* waiver. [1] ANDRES MATOS stated the following in sum and in part:

   a. stated that he was aware that they were trafficking narcotics from Columbia to Puerto Rico.

14. FBI investigators conducted an interview with [2] JUAN LEDESMA-MONTERO, prior to the interview, FBI investigators read [2] JUAN LEDESMA-MONTERO his *Miranda* rights in Spanish and [2] JUAN LEDESMA-MONTERO signed a written *Miranda* waiver. [2] JUAN LEDESMA-MONTERO stated the following in sum and in part:

   a. stated that he was aware that they were trafficking narcotics from Columbia to Puerto Rico.

15. FBI investigators conducted an interview with [3] JOSE SANCHEZ-SEVERINO, prior to the interview, FBI investigators read [3] JOSE SANCHEZ-SEVERINO his *Miranda* rights in Spanish and [3] JOSE SANCHEZ-SEVERINO signed a written *Miranda* waiver. [3] JOSE SANCHEZ-SEVERINO stated the following in sum and in part:

   a. stated that he was aware that they were trafficking narcotics from Columbia to Puerto Rico.

**CONCLUSION**

16. Based upon my training, experience, and facts concerning this investigation, I respectfully believe that there is probable cause to believe that [1] ANDRES MATOS, [2] JUAN LEDESMA-MONTERO, and [3] JOSE SANCHEZ-SEVERINO committed the following offenses: (1) Conspiracy to Import more than Five Kilograms of Cocaine into the United States in violation of Title 21, United States Code, Section 952(a), 960(b)(1)B)(ii) and 963; and (2) Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of Title 18, United States Code Section 924(c)(1)(A)(i) and 2.

Respectfully submitted,

Jason Stender
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at 3:30 PM on this 25th day of June 2025, in San Juan, Puerto Rico.

HON. HÉCTOR L. RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO